**Marcus Orlando TAITE, Petitioner,**

v.

**U.S. PARDON ATTORNEY, et al., Respondents.**

**Civil Action No. 14–244**

United States District Court, District of Columbia.

February 18, 2014

Marcus Orlando Taite, Brent, AL, pro se.

*MEMORANDUM OPINION*

Reggie B. Walton, United States District Judge

The Court construes the petitioner's submission as a petition for a writ of habeas corpus. A habeas action is subject to jurisdictional and statutory limitations. *See Braden v. 30th Judicial Cir. Ct. of Ky.,* 410 U.S. 484, 93 S.Ct. 1123, 35 L.Ed.2d 443

(1973). The proper respondent in a habeas corpus action is the petitioner's warden. *Rumsfeld v. Padilla,* 542 U.S. 426, 434–35, 124 S.Ct. 2711, 159 L.Ed.2d 513 (2004); *Blair–Bey v. Quick,* 151 F.3d 1036, 1039 (D.C.Cir.1998) (citing *Chatman–Bey v. Thornburgh,* 864 F.2d 804, 810 (D.C.Cir. 1988)). The petitioner currently is incarcerated at an Alabama correctional facility. The Court cannot entertain this petition for a writ of habeas corpus because neither the petitioner nor his custodian is within its territorial jurisdiction. *See Stokes v. U.S. Parole Comm'n,* 374 F.3d 1235, 1239 (D.C.Cir.2004). Accordingly, the Court will deny the petition and dismiss this action. An Order is issued separately.

DATE: *January 31, 2014*